NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIKI IKOSSI,**

*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**

*Respondent*

---

2024-1923

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-17-0357-I-2.

---

## ON MOTION

---

PER CURIAM.

## O R D E R

Kiki Ikossi moves to withdraw her petition for review due to settlement and to seal the record due to "Personal Health Information protected by HIPAA laws [ ] included in the court records." ECF No. 12 at 1.

The court grants withdrawal. As for Ms. Ikossi's request to seal, she has shown no basis to seal this case given the underlying decisions in this case are publicly available,

2                                                    IKOSSI v. DEFENSE

and it does not appear that either party filed—in this court at least—any of Ms. Ikossi's medical records.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that this matter is dismissed, with each side to bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 3, 2025
Date